No. 76-6257. JETER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 76-6270. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76-6271. ROBINSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76-6272. SWEETWINE v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 76-6274. TARKOWSKI v. BARTLETT, TRUSTEE, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76-6275. AGNEW v. WALKER. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76-6276. WILSON v. SCHMIDT ET AL. C. A. 7th Cir. Certiorari denied.

No. 76-6278. KRALOWEC v. PRINCE GEORGES COUNTY, MARYLAND. Ct. App. Md. Certiorari denied.

No. 76-6288. EDWARDS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76-6290. MARTINEZ v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 76-6291. IN RE BARRETO ET AL. Ct. App. N. Y. Certiorari denied.

No. 76-6292. ROBERTS v. COLLINS, WARDEN. C. A. 4th Cir. Certiorari denied.